**UNITED STATES of America, Plaintiff–Appellee**

v.

**Rick BLANKENSHIP, Defendant–Appellant.**

**Nos. 10–10805, 11–11119 Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

July 18, 2012.

Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Maxwell Corbin Peck, III, Attorney, Lubbock, TX, for Defendant–Appellant.

Rick Blankenship, Dallas, TX, pro se.

Before REAVLEY, JOLLY, and DAVIS, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Rick Blankenship has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Blankenship has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.